because they are bonâ fide purchasers, for a valuable consideration. There is no doubt, that as against such purchasers, the lien must be enforced with reasonable diligence. The supplies in the present case were furnished at New York, in December, 1855, and these claimants became purchasers in June, 1857. This vessel was, during that time, pursuing the coasting trade, and was within the knowledge and reach of the libellants, who might have instituted proceedings against her, at various times and places, if they had seen fit. Having neglected so to do, they could not maintain this suit, if the claimants were in reality what they pretend to be, bonâ fide purchasers, for a valuable consideration. But the evidence shows satisfactorily, that their purchase was colorable merely, and designed to defeat the libellants' claim; that they paid no consideration, and will lose nothing by the vessel's being taken from them and appropriated to the payment of this claim.

Decree for the libellants.

See The Harriet [Case No. 6,098]; The Monsoon [Id. 9,716]; The Chusan [Id. 2,716]; The Eliza Jane [Id. 4,363]; The Antarctic [Id. 479]; The Highlander [Id. 6,476].

―――

PAULIN (HEDGES v.).    See Case No. 6,319.

―――

## Case No. 10,847.

### The PAULINA.

[See Case No. 9,224.]

―――

PAULINA, The MARY.    See Case No. 9,224.

END OF CASES IN BOOK 18.